**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| RONALD BURKS, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 1:25-cv-03823-SAG |
| | ) |
| AVANT, LLC, PORTFOLIO RECOVERY | ) NOTICE OF APPEARANCE |
| ASSOCIATES, LLC, and TRANS UNION | ) |
| LLC, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## NOTICE OF APPEARANCE

Please note the appearance of the law firm Vedder Price PC by its attorney Brian K. McCalmon, as counsel for Defendant Avant, LLC.

Dated: December 5, 2025

Respectfully submitted,

VEDDER PRICE PC

/s/ Brian K. McCalmon
Brian K. McCalmon (Bar No. 14737)
VEDDER PRICE PC
1401 New York Ave., N.W.
Suite 500
Washington, D.C. 20005
Tel: (202) 312-3334
E-mail: bmccalmon@vedderprice.com
*Counsel for Defendant Avant, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 5th day of December 2025, the foregoing Notice of Appearance was served via Electronic Case Filing on all parties listed on the Court's Electronic Mail Notice List and emailed to *pro se* Plaintiff Ronald Burks at RonBurks1991@gmail.com.

/s/ Brian K. McCalmon
Brian K. McCalmon (Bar No. 14737)
VEDDER PRICE PC
1401 New York Ave., N.W.
Suite 500
Washington, D.C. 20005
Tel: (202) 312-3334
E-mail: bmccalmon@vedderprice.com
*Counsel for Defendant Avant, LLC*

2