# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND (BALTIMORE)

RONALD BURKS,
    Plaintiff,

v.

                                        Case No. 1:25-cv-03823

AVANT, LLC,
PORTFOLIO RECOVERY ASSOCIATES, LLC,
and TRANSUNION, LLC,
    Defendants.

---

## STIPULATION OF DISMISSAL AS TO AVANT, LLC AND PORTFOLIO RECOVERY ASSCOCIATES, LLC

Plaintiff Ronald Burks stipulates pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the terms of the parties settlement agreement that this case be dismissed with prejudice as to defendants Avant, LLC, and Portfolio Recovery Associates, LLC with each party to bear its own fees and costs.

Dated 12/08/2025                             Respectfully submitted,

Ronald Burks (Pro Se)
2432 chetwood circle Apt 102
Timonium, MD 21093
Email:Ronburks1991@gmail.com
(240)-920-6710